AO 121 (Rev. 06/16)

| TO:  Register of Copyrights  U.S. Copyright Office  101 Independence Ave. S.E.  Washington, D.C. 20559-6000 | REPORT ON THE  FILING OR DETERMINATION OF AN  ACTION OR APPEAL  REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☐ ACTION   ☐ APPEAL

| DOCKET NO. | DATE FILED | COURT NAME AND LOCATION |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|

| COPYRIGHT REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED  ☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action,
   mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights
3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-889

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 27, 2025

---

## Title

**Title of Work:** Impressionist Canvas Print

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 17, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Nicolette Rahner
  **Pseudonym:** Niky Rahner
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Nicolette Rahner
39 Lake Hanna st, Palm Lakes Estate, Umhlali, 4390, South Africa

## Rights and Permissions

**Name:** Nicolette Rahner
**Email:** nikyrahner@gmail.com
**Address:** 39 Lake Hanna st
Palm Lakes Estate
Umhlali 4390 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-887

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 27, 2025

## Title

**Title of Work:** Acrylic Painting Art Print

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 17, 2015
**Nation of 1st Publication:** South Africa

## Author

**Author:** Nicolette Rahner
**Pseudonym:** Niky Rahner
**Author Created:** 2-D artwork
**Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Nicolette Rahner
39 Lake Hanna st, Palm Lakes Estate, Umhlali, 4390, South Africa

## Rights and Permissions

**Name:** Nicolette Rahner
**Email:** nikyrahner@gmail.com
**Address:** 39 Lake Hanna st
Palm Lakes Estate
Umhlali 4390 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-904

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 27, 2025

---

## Title

          **Title of Work:**    Abstract Floral Painting Wall Art Print

## Completion/Publication

        **Year of Completion:**    2015
    **Date of 1st Publication:**    June 01, 2015
  **Nation of 1st Publication:**    South Africa

## Author

                **Author:**    Nicolette Rahner
         **Pseudonym:**    Niky Rahner
    **Author Created:**    2-D artwork
        **Citizen of:**    South Africa

## Copyright Claimant

    **Copyright Claimant:**    Nicolette Rahner
                       39 Lake Hanna st, Palm Lakes Estate, Umhlali, 4390, South Africa

## Rights and Permissions

                  **Name:**    Nicolette Rahner
                 **Email:**    nikyrahner@gmail.com
            **Address:**    39 Lake Hanna st
                       Palm Lakes Estate
                       Umhlali 4390 South Africa

## Certification

                  **Name:**    David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-888

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 27, 2025

---

## Title

**Title of Work:**    Purple Flower Painting Art Print

## Completion/Publication

**Year of Completion:**    2015
**Date of 1st Publication:**    May 17, 2015
**Nation of 1ˢᵗ Publication:**    South Africa

## Author

- **Author:**    Nicolette Rahner
  **Pseudonym:**    Niky Rahner
  **Author Created:**    2-D artwork
  **Citizen of:**    South Africa

## Copyright Claimant

**Copyright Claimant:**    Nicolette Rahner
39 Lake Hanna st, Palm Lakes Estate, Umhlali, 4390, South Africa

## Rights and Permissions

**Name:**    Nicolette Rahner
**Email:**    nikyrahner@gmail.com
**Address:**    39 Lake Hanna st
Palm Lakes Estate
Umhlali 4390 South Africa

## Certification

**Name:**    David Denholm

Page 1 of 2

