**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Nicolette Rahner v. The Partnerships et al.

Case Number: 26-cv-6678

An appearance is hereby filed by the undersigned as attorney for:
hippiesale.com (Def. 32), freehippiespirit.com (Def. 33)

Attorney name (type or print):  Michael T. Griggs

Firm:    Boyle Fredrickson, S.C.

Street address:     840 N. Plankinton Ave.

City/State/Zip:    Milwaukee, Wisconsin 53203

Bar ID Number:  IL 6280132
(See item 3  in instructions)

Telephone Number:    414-225-6311

Email Address: mtg@boylefred.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | x Yes | ☐ No |
| Are you a member of the court's general bar? | x Yes | ☐ No |
| Are you a member of the court's trial bar? | x Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | x No |
| If this case reaches trial, will you act as the trial attorney? | x Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
    If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/10/2026

Attorney signature:     S/ Michael T. Griggs
    (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023