**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nicolette Rahner

Plaintiff,

v.

Case No.: 1:26−cv−06678
Honorable John Robert Blakey

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable John Robert Blakey: On 6/10/26, this Court dismissed Plaintiff's complaint for failure to allege facts to support the joinder of all 59 named defendants, see [13]. At that time, the Court granted Plaintiff leave to amend and warned that, if she failed to amend, the Court would dismiss the case. Id. Yet, to date, Plaintiff has declined to amend. As a result, consistent with the Court's 6/10/26 Order, [13], this case is dismissed. Civil case terminated. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.